**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lynal Medeiros and James Boyd, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 1140 |
| | ) | |
| Frederick J. Hanna & Associates, P.C., | ) | Judge Dow |
| a Georgia professional corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Plaintiffs, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of their claims against the Defendants.

Dated: February 25, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 25, 2010, a copy of the foregoing **Stipulation to Dismiss** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on February 25, 2010, by 5:00 p.m.

Frederick J. Hanna
Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, Georgia 30062


/s/ David J. Philipps

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com